[No. 18963-8-I.   Division One.   December 7, 1987.]

THE CITY OF SEATTLE, *Appellant,* v. ROBERT LEE THOMS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-10237-0, Fred Bonner, J. Pro Tem., entered June 10, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Swanson, J., and Schumacher, J. Pro Tem.

[No. 18948-4-I.   Division One.   December 7, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW WILSON RIVERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-01712-3, Patricia H. Aitken, J., entered July 24, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 18854-2-1.   Division One.   December 7, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RICARDO HAWKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00369-6, John F. Wilson, J., entered July 11, 1986. *Remanded* by unpublished opinion per Ringold, A.C.J., concurred in by Grosse and Pekelis, JJ.

[No. 19243-4-I.   Division One.   December 7, 1987.]

ROBERT GOKEY, *Petitioner,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-01229-0, Herbert M. Stephens, J., entered September 3, 1986. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Pekelis, J., and Revelle, J. Pro Tem.